IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Gregory V. Smith, | ) | C/A No.: 1:12-29-RBH-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| P.E. Spivey, Jail Director, Individual and Official Capacity; Chris Phillips, Detective, Individual and Official Capacity, | ) | |
| Defendants. | ) | |

This action was filed by Plaintiff on January 4, 2012. Pursuant to the scheduling order entered by the court, discovery was to be completed (not just requested) by May 7, 2012, with dispositive motions, if any, to be filed by no later than June 5, 2012. [Entry #13]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

June 6, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge