IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Gregory V. Smith, | ) | C/A No.: 1:12-29-RBH-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| P.E. Spivey, Jail Director, Individual and Official Capacity; and Chris Phillips, Detective, Individual and Official Capacity, | ) | |
| Defendants. | ) | |

Plaintiff, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights by employees of Kershaw County Detention Center. Before the court is Plaintiff's Motion to Compel [Entry #33]. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.).

Plaintiff's motion to compel filed June 26, 2012 seeks responses to requests for production issued in April 2012. In their response to the motion, Defendants indicate counsel served discovery responses on Plaintiff on July 18, 2012 or otherwise objected. [Entry #38] Plaintiff did not file a reply brief. Therefore, Plaintiff's motion to compel [Entry #33] is denied as moot.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 6, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge